```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAIME FITZPARTRICK,

                          Plaintiff,

     -against-

DETECTIVE JARED TEPPERMAN,
DETECTIVE MICHAEL KELLY,
LIEUTENANT JOHN NATOLI,
UNDEROCVER DETECTIVE C0121, and
UNDERCOVER DETECTIVE C0222,

                          Defendants.
------------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ MAR 0 8 2012 ★

BROOKLYN OFFICE

JUDGMENT
12-CV- 0626 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on March 6, 2012, dismissing the action without prejudice; it is

ORDERED, ADJUDGED AND DECREED that the action is dismissed without prejudice.

Dated: Brooklyn, New York
       March 07, 2012

                                            DOUGLAS C. PALMER
                                            Clerk of Court